IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| CENTRAL IL CARPENTERS HEALTH & WELFARE TRUST FUND, et al., | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) No. 07-3109 ) |
| MAROA MILLWORKS, INC., d/b/a LYNN T. SILL, | ) ) ) ) |
| Defendant. | ) |

## OPINION

JEANNE E. SCOTT, U.S. District Judge:

This cause is before the Court on Plaintiffs' Motion for Default Judgment (d/e 7). As set forth below, Plaintiffs' Motion for Default Judgment is allowed.

Plaintiffs filed their Complaint (d/e 1) in the instant case on April 27, 2007, seeking unpaid contributions, together with liquidated damages, interest and attorney's fees, in the amount of $10,119.61 for the period from July 2005 to January 2006. Plaintiffs also seek an award of attorney's fees and costs. Defendant has failed to answer the Complaint filed herein

1

in a timely fashion as required by the Federal Rules of Civil Procedure. The Magistrate Judge entered an Order of Default (d/e 6) on June 29, 2007. Plaintiffs then filed the instant Motion for Default Judgment and served it on Defendant by U.S. Mail. Defendant has nevertheless failed to appear. Therefore, the Court finds entry of default judgment against Defendant to be appropriate and turns to the question of damages.

Plaintiffs seek $10,119.61 in delinquent contributions, liquidated damages, interest and attorney's fees. This amount is supported by the record. <u>Complaint</u>, Ex. D. Therefore, the Court awards Plaintiffs $10,119.61 in delinquent contributions, liquidated damages, interest, and attorney's fees.

Plaintiffs also seek an order requiring Defendant to perform and to continue to perform its obligations to Plaintiffs, including the furnishing of contribution reports and payments. Plaintiffs' request is granted. Defendant is directed to perform and to continue to perform its obligations to Plaintiffs, including the furnishing of contribution reports and payments.

The Court further finds that Plaintiffs are entitled to an award of reasonable attorney's fees and costs in connection with the instant suit. <u>See</u> 29 U.S.C. § 1132(g)(2)(D). Plaintiffs seek attorney's fees and costs in the

amount of $2,908.75.  In support of their request, Plaintiffs have submitted an Amended Affidavit in Support of Attorney's Fees.  <u>Motion for Default Judgment</u>, Ex. A.  It is clear from the Amended Affidavit that many of the fees requested by Plaintiffs do not relate to the instant lawsuit, which was filed on April 27, 2007.[1]  It is not appropriate for the Court to award fees from another lawsuit in connection with the instant default judgment.  Thus, the Court disallows all attorney's fees requested for work prior to November 6, 2006, when the bills first reflect a default in payments under the prior case's settlement agreement.  With respect to attorney's fees, the Court awards Plaintiffs fees for 13.95 hours.  The Court notes that the Amended Affidavit sets forth three hourly rates, $90.00 per hour, $175.00 per hour, and $185.00 per hour, without an explanation or an identification as to which hours were billed at which rate.  Given this, the Court deems the $90.00 rate to be the appropriate one, and awards Plaintiffs $1255.50 in attorney's fees.  The Court awards Plaintiffs $383.00 in costs.

THEREFORE, as set forth above, Plaintiffs' Motion for Default Judgment (d/e 7) is ALLOWED.  Judgment is entered in favor of Plaintiffs

---

[1]The Court notes the existence of a prior lawsuit between these parties, Case No. 06-3047.

against Defendant Maroa Millworks Inc, d/b/a Lynn T. Sill.  The Court awards Plaintiffs damages in the amount of $10,119.61, attorney's fees in the amount of $1255.50 and costs in the amount of $383.00.  All pending motions are denied as moot.  This case is closed.

IT IS THEREFORE SO ORDERED.

ENTER:  August 8, 2007.

    FOR THE COURT:

                                                s/ Jeanne E. Scott
                                                JEANNE E. SCOTT
                                                UNITED STATES DISTRICT JUDGE